ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-000092-BAM |
| --- | --- |
| Plaintiff, | 1:25-MJ-000095-BAM |
| v. | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| ROBERT SALAZAR | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the preliminary hearing set for October 9, 2025, be reset for October 29, 2025.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant has been released pre-trial on the above cases and is seeking to consult with counsel prior to preliminary hearing or indictment.

2. By this stipulation, defendant now moves to continue the preliminary hearing and status of counsel hearing until **October 29, 2025, at 2:00 p.m.** and to exclude time between October 9, 2025, and October 29, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defendant has recently retained private counsel, who desires time to consult with their client and the government about the case.

   b) Counsel for defendant believes that failure to grant the above-requested

Stipulation & Proposed Order    1

continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c)  The government does not object to the continuance.

  d)  Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause". Here, the defendant consents and there is good cause as set forth herein.

  e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

  f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of October 9, 2025 to October 29, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

Dated: October 1, 2025         Respectfully submitted,

                  ERIC GRANT
                  United States Attorney

             By  /s/ Robert L. Veneman-Hughes
                ROBERT L. VENEMAN-HUGHES
                Assistant United States Attorney

Dated: October 1, 2025                             /s/ Murdoch Walker, II
                                                   MURDOCH WALKER, II
                                                   Attorney for Defendant Robert SALAZAR

**ORDER**

IT IS HEREBY ORDERED that the preliminary hearing scheduled for October 9, 2025 at 2:00 p.m. is continued to October 29, 2025 at 2:00 p.m. before the Duty Magistrate Judge.  IT IS FURTHER ORDERED that the time between October 9, 2025 and October 29, 2025 is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment and trial.

IT IS SO ORDERED.

Dated:   **October 1, 2025**                       /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE