

**FILED**

OCT 0 1 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
         DEPUTY CLERK



**United States District Court**
**Eastern District of California**

| United States of America |
|---|
| Plaintiff(s) |

Case Number: 1:25-mj-00095-BAM-1

V.

| Robert Salazar |
|---|
| Defendant(s) |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Murdoch Walker, II _____hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Robert Salazar

On __September 1, 2016__ (date), I was admitted to practice and presently in good standing in the __Supreme Court of Georgia__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

United States of America v. Miguel Magana Martinez, et al., No. 1:23-CR-00183-NODJ-BAM-2 (E.D. Cal. Sep. 2023) ☐ Applied Feb. 20, 2025, Granted Feb. 24, 2025.

Date: September 29, 2025        Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Murdoch Walker, II |
| Law Firm Name: | Lowther l Walker, LLC |
| Address: | 101 Marietta St. NW |
| | Ste. 3650 |
| City: | Atlanta    State: GA   Zip: 30303 |
| Phone Number w/Area Code: | 4044964052 |
| City and State of Residence: | Falmouth, ME |
| Primary E-mail Address: | mwalker@lowtherwalker.com |
| Secondary E-mail Address: | cmecf@lowtherwalker.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael J. Khouri |
| Law Firm Name: | Khouri Law Firm APC |
| Address: | 101 Pacifica |
| | Ste. 380 |
| City: | Irvine    State: CA   Zip: 92618 |
| Phone Number w/Area Code: | 9496806332    Bar # 97654 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/1/25

JUDGE, U.S. DISTRICT COURT

## Court Admissions – Murdoch Walker, II

| Court | Admission Date | Status |
|---|---|---|
| US Court of Appeals for the Second Circuit | 10/03/2022 | Active |
| US Court of Appeals for the Third Circuit | 05/21/2021 | Active |
| US Court of Appeals for the Fourth Circuit | 07/26/2016 | Active |
| US Court of Appeals for the Sixth Circuit | 10/13/2017 | Active |
| US Court of Appeals for the Seventh Circuit | 03/17/2017 | Active |
| US Court of Appeals for the Eleventh Circuit | 06/24/2015 | Active |
| US District Court for the Eastern District of Arkansas | 06/27/2022 | Active |
| US District Court for the Western District of Arkansas | 06/27/2022 | Active |
| US District Court for the District of Colorado | 11/04/2020 | Active |
| US District Court for the Middle District of Georgia | 09/01/2017 | Active |
| US District Court for the Northern District of Georgia | 10/28/2015 | Active |
| US District Court for the Southern District of Georgia | 11/17/2014 | Active |
| US District Court for the Northern District of Illinois | 09/21/2016 | Active |
| US District Court for the Northern District of Indiana | 03/08/2017 | Active |
| US District Court for the District of New Mexico | 01/25/2023 | Active |
| US District Court for the District of North Dakota | 12/18/2014 | Active |
| US District Court for the Western District of Tennessee | 09/13/2016 | Active |
| US District Court for the Eastern District of Texas | 08/11/2018 | Active |
| US District Court for the Eastern District of Wisconsin | 01/13/2023 | Active |
| Supreme Court of Georgia | 09/01/2016 | Active |
| Superior Courts of Georgia (Bar No. 163417) | 10/30/2014 | Active |



## Supreme Court
## State of Georgia
NATHAN DEAL JUDICIAL CENTER
Atlanta 30334

August 13, 2025

I hereby certify that Murdoch Walker II, Esq., was admitted on the 1st day of September, 2016, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk