

United States District Court
Eastern District of California

**FILED**

OCT 01 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
DEPUTY CLERK

UNITED STATES OF AMERICA

Plaintiff(s)

V.

ROBERT SALAZAR

Defendant(s)

Case Number: 1:25-MJ-00095-BAM-1

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Serguel Mawuko Akiti, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Robert Salazar

On July 31, 2019 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

U.S. v. Salazar 1:21-CR-00092 (concurrent); U.S. v. Dickerson, 1:21-CR-00224 (Granted 7/10/24)
U.S. v. Martinez 1:21-CR-00183-2 Applied 2/20/25, Granted 2/24/25

Date: 09/30/2025        Signature of Applicant: /s/ Serguel Mawuko Akiti

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Serguei Mawuko Akiti, Esq. |
| Law Firm Name: | Lowther I Walker LLC. |
| Address: | 101 Marietta Street NW Suite 3650 |
| City: | Atlanta   State: GA   Zip: 30303 |
| Phone Number w/Area Code: | 404-496-4052 |
| City and State of Residence: | Queens, New York |
| Primary E-mail Address: | sakiti@lowtherwalker.com |
| Secondary E-mail Address: | patkinson@lowtherwalker.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael J. Khouri, Esq. |
| Law Firm Name: | Khouri Law Firm APC |
| Address: | 101 Pacifica |
| | Suite 380 |
| City: | Irvine   State: Ca   Zip: 92618 |
| Phone Number w/Area Code: | 949-680-6332   Bar # 97654 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/1/25

_____
JUDGE, U.S. DISTRICT COURT

## Court Admissions- Serguel Mawuko Akiti, Esq.

| Court | Admission Date | Status |
|---|---|---|
| US Court of Appeals for the Second Circuit | 05/07/2024 | Active |
| US Court of Appeals for the Ninth Circuit | 02/03/2024 | Active |
| US Court of Appeals for the Eleventh Circuit | 10/24/2023 | Active |
| US District Court for the Eastern District of Wisconsin | 01/10/2023 | Active |
| US District Court for the Colorado | 12/21/2022 | Active |
| US District Court for the New Mexico | 01/25/2023 | Active |
| US District Court for the Central District of Illinois | 03/23/2023 | Active |
| US District Court for the District of North Dakota | 08/18/2023 | Active |
| US District Court for the Western District of Tennessee | 03/06/2023 | Active |
| U.S. District Court for the Eastern District of Oklahoma | 07/28/2023 | Active |
| Supreme Court of the District of Columbia | 07/13/2019 | Active |
| Superior Courts of Maryland | 08/02/2021 | Active |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Serguel Akiti

was duly qualified and admitted on July 31, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August 13, 2025.

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.