ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
CALVIN LEE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT SALAZAR et al.<br><br>Defendants. | CASE NO. 1:25-CR-00203-JLT-SAB (LEAD)<br>1:25-CR-00204-JLT-SAB<br>(Salazar only)<br>1:24-CR-00282-JLT-SAB<br>(Qualls only)<br><br>STIPULATION TO VACATE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between the United States and counsel for defendants that the status conference set for November 4, 2026, be vacated. All matters are set for trial. The Court set the status conference in case any party needed to raise discovery or other issues; counsel have met and conferred, and have no pending issues to raise on November 4, 2026. If any issue arises, the parties will place the matter back on calendar.

Dated: October 22, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: October 22, 2026

/s/ Serguel Akiti
SERGUEL AKITI
Attorney for Defendant Robert SALAZAR

Dated: October 22, 2026

/s/ Serita Rios
SERITA RIOS
Attorney for Defendant Thomas QUALLS

Dated: October 22, 2026

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant Shylo BADIALI

**ORDER**

IT IS SO ORDERED that the status conference set for November 4, 2026, shall be vacated.

IT IS SO ORDERED.

Dated: **October 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge